IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

DEBRA KAY CHIPMAN,            )
                              )
           Plaintiff,         )
                              )  Civil No. 10-6164-TC
                              )
     v.                       )
                              )  ORDER
MICHAEL J. ASTRUE,            )
                              )
           Defendant.         )

Magistrate Judge Thomas M. Coffin filed Findings and Recommendation on September 2, 2011, in the above entitled case. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). When either party objects to any portion of a magistrate judge's Findings and Recommendation, the district court must make a de novo determination of that portion of the magistrate judge's report. See 28 U.S.C. § 636(b)(1);

1    - ORDER

<u>McDonnell Douglas Corp. v. Commodore Business Machines, Inc.</u>, 656 F.2d 1309, 1313 (9th Cir. 1981), <u>cert</u>. <u>denied</u>, 455 U.S. 920 (1982).

Plaintiff has timely filed objections. I have, therefore, given <u>de novo</u> review of Magistrate Judge Coffin's rulings.

I find no error. Accordingly, I ADOPT Magistrate Judge Coffin's Findings and Recommendation filed September 2, 2011, in its entirety. The Commissioner's decision is affirmed. The clerk of court is directed to enter judgment accordingly.

IT IS SO ORDERED.

DATED this 9th day of Nov., 2011.

_____
UNITED STATES DISTRICT JUDGE

2 - ORDER